

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Harrison Conley
(Please print)

STREET ADDRESS: 149 N Lockwood Ave

CITY/STATE/ZIP: Chicago IL 60644

PHONE NUMBER: Home No 773 626-2526 - Cell No 773 458 0444

CASE NUMBER: EEOC charge No 440-2008-04008

Harrison Conley      8-26-2008
Signature    Date

08CV4904
JUDGE NORGLE
MAG. JUDGE DENLOW

FILED
Aug 27, 2008
AUG 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT