

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Harrison Conley

v.

Defendant(s) Superior Ambulance

08CV4904
JUDGE NORGLE
MAG. JUDGE DENLOW

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Harrison Conley ,declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE:** This item *must* be completed]:
   Steve Lundquez - 1847 942 7874
   Sam Lacey # 312 718 5649
   Frank JS, 30 296 4622

   **FILED**
   Aug 27 2008
   AUG 2 7 2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   Harrison Conley                          7149 N Lockwood Ave
   Movant's Signature                       Street Address

   8/26/2008                                Chicago IL 60644
   Date                                     City, State, ZIP